■ ALLEN PARSONS, Respondent, v MARIO AQUINO, Appellant. (Appeal No. 2.) [788 NYS2d 890]—Appeal from a judgment of the Supreme Court, Ontario County (James R. Harvey, A.J.), entered January 9, 2004. The judgment, after a nonjury trial, awarded plaintiff the amount of $39,668.03 in an action for breach of contract.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: In affirming the judgment, we note only that the typographical error in the decision concerning the date from which plaintiff is entitled to interest should be disregarded (*see generally* CPLR 2001). The judgment recites the correct date from which interest shall run. Present—Hurlbutt, J.P., Kehoe, Gorski, Pine and Hayes, JJ.

■ In the Matter of EDWARD HURDLE, Appellant, v ROBERT DENNISON, as Acting Chairman of New York State Division of Parole, Respondent. [788 NYS2d 889]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 5, 2004 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs (*see Matter of Raqiyb v Donnelly*, 307 AD2d 761 [2003]). Present—Hurlbutt, J.P., Kehoe, Gorski, Pine and Hayes, JJ.